PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Ricardo Sudlow  
**Docket Number:** 09-CR-581  
**PACTS Number:** 37458

**Name of Sentencing Judicial Officer:** Honorable Thomas C. Platt, U.S. District Judge (ED/NY)

**Date of Original Sentence:** 4/7/09

**Original Offenses:** Count 1: Conspiracy to Commit Carjacking; Count 3: Brandishing a Firearm in furtherance of a Crime of Violence

**Original Sentence:** Time served on both counts, 5 years supervised release. Conditions: drug & alcohol treatment and testing, mental health treatment. Restitution: $900.

**Type of Supervision:** Supervised release  
**Date Supervision Commenced:** 04/07/09

**Assistant U.S. Attorney:** Laura Getz, 147 Pierrepont Street, Brooklyn, New York 11201

**Defense Attorney:** James Neville, Esq., P.O. Box 1711, Port Washington, New York 11050

On July 30, 2009, the Honorable Peter G. Sheridan, U.S. District Judge in the District of New Jersey, accepted jurisdiction of this matter.

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' On June 29, 2009, Sudlow was charged with Aggravated Assault, Attempting to Elude the Police, Criminal Mischief, Preventing Law Enforcement Officer from Effecting an Arrest, and Receiving Stolen Property in Mountainside, New Jersey. |
| 2. | The offender has violated the condition which states 'The defendant shall participate as directed in a program approved by the Probation Office for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Sudlow failed to abide by the Probation Code-a-Phone daily drug testing program in that he did not call on 17 dates between June 9, 2009 and June 29, 2009. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone  
Senior U.S. Probation Officer /  
Intensive Supervision Specialist

Date: 8/6/09

THE COURT ORDERS:

[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons. Date of Hearing: _____  
[ ] No Action  
[ ] Other

_____  
Signature of Judicial Officer

8/21/09  
Date